IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-30931 |
| | § | |
| AZIZALLY S. VIRANI and | § | |
| ALINA A. VIRANI, | § | Chapter 7 |
| | § | |
| Debtors. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(Relates to Doc. No. 16)

Came on for hearing the Motion for Relief from the Automatic Stay (the "Motion") filed by CELIUS MYRTIL, JOSILA PIERRE and MERS, AS NOMINEE FOR CITY FIRST MORTGAGE SERVICES, LLC (collectively the "Movants") in the bankruptcy case of Azizally S. Virani and Alina A. Virani ("Debtors"). The Court finds that sufficient notice of the Motion has been given, that the Chapter 7 Trustee is unopposed to the Motion, that no objections to the Motion have been filed, and that cause exists to grant the relief requested therein. Therefore, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that automatic stay is hereby lifted, allowing adjudication of the Amended Motion to Vacate Final Judgment of Foreclosure in the State Court Case currently pending against the Debtors in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2008-CA-022013-O.

Signed this ___ day of April, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE